Priority
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HERBERT BRUCE LEMONT,           )  CASE NO. CV 07-1460-SGL (PJW)
                                )
          Petitioner,           )
                                )  ORDER ACCEPTING REPORT AND
     v.                         )  ADOPTING FINDINGS, CONCLUSIONS,
                                )  AND RECOMMENDATIONS OF UNITED
ROBERT A. HOREL, WARDEN,        )  STATES MAGISTRATE JUDGE
                                )
          Respondent.           )
_____)

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:    1-23-08    .


                              _____
                              STEPHEN G. LARSON
                              UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\LEMONT, R 1460\Order accep r&r.wpd