```
Priority  ___
Send      ___
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT BRUCE LEMONT,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT A. HOREL, WARDEN,<br><br>    Respondent. | Case No. CV 07-1460-SGL (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: _1-23-08_.

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\LEMONT, R 1460\Judgment.wpd